**AEO PROMOTIONAL ALERTS - U.S.**

By entering your mobile number and submitting the completed registration form, you are agreeing to receive mobile marketing messages from American Eagle Outfitters/Aerie at the mobile number you have provided. You understand that you are not required to provide your consent as a condition of purchasing any goods or services. You will receive up to 2 msgs/week for each brand you select. The information provided will be held in accordance with our privacy policy. **For AE, reply "HELP" for help or "STOP" to cancel to 32453 (EAGLE). For Aerie, reply "HELP" for help or "STOP" to cancel to 23743 (AERIE)**.

You may opt-in to the program at any time by texting the corresponding keyword for each subscription to the brand specific short code. To opt in to the AE Promotional Alerts Program, text "JOIN" to 32453 for SMS or "ALERT" to 32453 for MMS. To opt in to the Aerie Mobile Marketing Messaging Program, text "JOIN" to 23743 for SMS or "ALERT" to 23743 for MMS.

**Message and data rates may apply.** Please consult the applicable wireless service agreement for your individual pricing plan. Wireless service providers may charge for each text message, including any error messages that are sent and/or received, based on the applicable wireless service pricing plan.

Text messaging may not be available for all service providers or for all handsets. The carriers supported by this program are: AT&T, Verizon Wireless, Sprint, T-Mobile, Boost*, Virgin Mobile*, U.S. Cellular, Alltel, Getlisa*, Interop*, Cellcom*, Cellular South*, Cricket, nTelos*, MetroPCS* and Cincinnati Bell*. *carriers do not support MMS alerts, only SMS. Cellular phone carrier's instructions for text messaging may be different. Check your user's manual for phone capabilities and specific instructions. AEO, Inc. makes no guarantee that any particular wireless service provider will participate. AEO, Inc. in its sole discretion may add or delete a cellular carrier at any time, without notice.

You can reach customer support via email at mobile@ae.com or via phone at 888.232.4535

**AEREWARD$ BALANCE UPDATES TEXT MESSAGE ALERTS – U.S.**

By texting in your unique AEREWARD$ Number, you will be subscribed to receive monthly balance updates from American Eagle via short code EAGLE (32453). Two (2) messages per month. Message and data rates may apply. American Eagle respects your privacy and will never sell or share your mobile number.

**You may opt out of the program at any time by texting "STOP" to 32453.**

**For additional help regarding your subscription to AEREWARD$ Balance Updates Text Message Alerts, reply "HELP" to 32453.**

Please consult the applicable wireless service agreement for your individual pricing plan. Wireless service providers may charge for each text message, including any error messages that are sent and/or received, based on the applicable wireless service pricing plan.

Text messaging may not be available for all service providers or for all handsets. The carriers supported by this program are: AT&T, Sprint, T-Mobile, Cellular One/Dobson, Virgin, Verizon Wireless, Alltel, Boost and Nextel. Cellular phone carrier's instructions for text messaging may be different. Check your user's manual for phone capabilities and specific instructions. AEO, Inc. makes no guarantee that any particular wireless service provider will participate. AEO, Inc. in its sole discretion may add or delete a cellular carrier at any time, without notice.

You can reach customer support via email at mobile@ae.com or via phone at 888.232.4535