**WATCH DOG**  **Did you receive an Unsolicited text message from an Unknown sender on your mobile phone? Use the free SMSWatchdog Text Message lookup service to learn who is behind the messages.**

Enter the short code or phone number of the offending text message to find out more about the sender.

**5-6 digit SMS code or phone number**

Online International SMS
americas.clickatell.com
Fast & easy set-up with Clickatell. 10 Free Trial SMS's! Register now

[1]

## 32453 or 324-53

Did you get a text message from 32453? Report your experience now and help identify who is sending text messages from this number.

| 32453 Text Message Program Details |
|---|
| **Name**: "American Eagle Discounts, Alerts and Win" |
| **Description**: "American Eagle customers will receive discounts, alerts and be able to enter sweepstakes for clothing and accessories." |
| **Phone**: 1-888-232-4535 |
| **Rate**: Standard |

## Nexus 7 from $229

www.google.com/nexus

The 7" tablet from Google. Free shipping for limited time. Buy now.

| User opt out reports for 32453 |
| :---: |
| Reply STOP success  |

 **Shawn**
2011-04-22 09:29:45

Text Message ID: 32453 / 324-53
Company : American Outfitters
Optout success: Yes

got to http://ae.com/mobilehelp

Reply

 **Sandy**
2011-07-07 12:05:39

Text Message ID: 32453 / 324-53
Company : AE
Optout success: No

AE sucks. Send me SPAM every week. I won't buy from them!

Reply

 **iPod lover**
2011-12-20 22:04:08

Text Message ID: 32453 / 324-53
Company :
Optout success: Yes

I think it's helpful. They send sales and promo codes and u can easily unsubscribe. They don't spam u- at least I haven't had that experience!

Reply

 **Laura**
2012-01-13 13:17:11

Text Message ID: 32453 / 324-53
Company : AE.com
Optout success: No

STOP didn't work. It won't send. I can't find anything on the website that will let me unsubscribe either. I won't buy from them.

Reply

Safari Power Saver
Click to Start Flash Plug-in





**List of all documentented Text Message Programs**

**72020 Text Message Program Details**
**Name:** Whats Your Style? Fashion Tip Alerts Subscription
**Description:** Whats Your Style? Fashion Tip text alerts subscription for $9.99/mo.
**Phone:** 1-800-235-7105
**Rate:** Premium

**71313 Text Message Program Details**
**Name:** KCPQ TV Alerts
**Description:** "KCPQ TV text alerts, voting/polling, txt2win, txt2scrn and trivia."
**Phone:** 1-877-571-0774
**Rate:** Standard

**71214 Text Message Program Details**
**Name:** Capital One Mobile Banking
**Description:** Capital One Mobile Banking Account Info Text Alerts
**Phone:** 1-877-442-3764
**Rate:** Standard

**699474 Text Message Program Details**
**Name:** Wishpot Product Price and Ratings
**Description:** Users can text message a upc/isbn or product keywords to the Wishpot Mobile Service. Wishpot will find the best price and ratings for the product and
**Phone:**
**Rate:** Standard

**69476 Text Message Program Details**
**Name:** HSN Customer Service Alerts
**Description:** HSN Customer Service text alerts.
**Phone:** 1-800-933-2887
**Rate:** Standard

---



**Curt**
2012-05-22 10:51:15

Text Message ID: 32453 / 324-53
Company : American Eagle
Optout success: No

I have never shopped at an AE before in my life so how is it they are able to message my phone which could cause me to ensue text charges?

Reply



**Jason**
2012-07-14 13:00:58

Text Message ID: 32453 / 324-53
Company :
Optout success: Did Not Try

Never been there before and now I get texts saying they are going to charge me for every promo they send me.

Reply



**What**
2012-08-08 14:35:08

Text Message ID: 32453 / 324-53
Company :
Optout success: Yes

I never subscribed to AE. I emailed STOP and guess it worked. I don't really know.

Reply



**Lou**
2012-08-14 13:55:53

Text Message ID: 32453 / 324-53
Company :
Optout success: Yes

Never even visited AE website before. I pay for each text, so this sucks! I replied STOP: will see if that does anything.

Reply



**Misti**
2012-09-04 16:06:23

Text Message ID: 32453 / 324-53
Company : AE
Optout success: Did Not Try

Like others here, I've never even shopped at AE. Don't know how/why they have my number, but I'll make it a point to never give them my business.

Reply

**LYNN**
2012-10-08 14:07:23

Text Message ID: 32453 / 324-53
Company : "AEREWARD$"
Optout success: No

Received this today: "Thx for subscribing to AE mobile alerts & AEREWARD$. 4 msgs/mo. Msg & data rates may apply. Reply HELP for help, STOP to cancel." OK, I hate shopping, avoid the mall, and don't like the fact I just got spammed. Texted STOP but did not receive confirmation yet.

Reply



**bak**
2012-10-18 07:39:18

Text Message ID: 32453 / 324-53
Company : AE
Optout success: Yes

got confirmation that i have opted out, we will see.

Reply

**Mikaela**
2012-11-19 14:53:24

Text Message ID: 32453 / 324-53
Company : AE
Optout success: Did Not Try

I got a text from them just now. No idea how they got ahold of me and I don't buy from them.

Reply



**Nichole**
2013-04-06 18:06:06

Text Message ID: 32453 / 324-53
Company : American Eagle
Optout success: Yes

I did Reply STOP, I received no response from them ever. I also replied Quit, Stop, Block, Remove, End, and finally Help. No response to anything. I have no idea how they got my mobile number!?!?!?

69852 Text Message Program Details
Name: Echo Property Alerts
Description: "Text to receive property information including pricing, broker contact info, etc."
Phone: 1-866-989-3246
Rate: Standard

69252 Text Message Program Details
Name: Atlanta Journal-Constitution Polling/Voting and News Alerts
Description: "The Atlanta Journal-Constitution offers polling/voting on various topics and promotions, and allow readers to sign-up to receive breaking news alerts
Phone: 1-888-842-6133
Rate: Standard

68511 Text Message Program Details
Name: Hottest IQ Quiz and Alerts Subscription
Description: Hottest IQ Quiz and text alerts subscription for $6.99/mo.
Phone: 1-800-584-2863
Rate: Premium

68472 Text Message Program Details
Name: Visa Mobile
Description: "Users can optin to recieve Visa Mobile Alerts, Balance Inquiries, and they can also use an ATM locator query."
Phone: 1-800-847-2111
Rate: Standard

67960 Text Message Program Details
Name: Wells Fargo
Description: Banking text alerts from Wells Fargo. Service on a single transaction basis and standard message charges apply.
Phone: 1-866-863-6762
Rate: Standard

672872 Text Message Program Details
Name: NRA Alerts
Description: "NRA text alerts for membership pledge, renewal or upgrade."
Phone: 1-877-672-2000
Rate: Standard

672673 Text Message Program Details
Name: mSnap
Description: "mSnap radio campaigns. Listeners can text message to send comments, receive information or content, vote or enter contest for various radio stations.
Phone:
Rate: Standard

67038 Text Message Program Details
Name: Pocketside
Description: "Users can vote or request product/service coupons, special offers or promotional information."
Phone:
Rate: Standard

66858 Text Message Program Details
Name: G8Wave Text2Win Alerts
Description: Text2Win Sweepstakes Alerts
Phone: 1-800-234-5178
Rate: Standard

664663 Text Message Program Details
Name: MogoTXT - Chats & Alerts
Description: MogoTXT text chats and alerts.
Phone: 1-866-474-8621
Rate: Standard

---

 **Becky**  2013-07-10 18:13:50
Text Message ID: 32453 / 324-53
Company :
Optout success: No

This is exactly why I don't like giving my information out to a**hole retailers!!!!!!!

Reply

 **MissFaysha**  2013-10-10 13:16:47
Text Message ID: 32453 / 324-53
Company : American Eagle Outfitters
Optout success: No

I still get them

Reply

 **mk**  2013-10-15 20:11:32
Text Message ID: 32453 / 324-53
Company : American Eagle
Optout success: No

I called their customer service line. She said it takes 30 days for them to remove you from their list!! So ridiculous! I wish I knew who to report them to.

Reply

**jp**  2013-12-04 11:08:44
Text Message ID: 32453 / 324-53
Company : AE
Optout success: No

They text everyday and everyday I text "stop" and they respond I won't receive any more texts...but I always do.

Reply

1

### Report a SMS text message from 32453

Your Name or Nickname
Text Message ID (if you know)  32453
Company Name (if you know)
Did Reply STOP Work     ○Yes     ○No     ○Did not try

Please use appropriate language and submit only truthful information. No HTML allowed
Thank you for your contribution!

 Enter Code    Submit
Refresh image

View other senders with 324 area code