AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| CHRISTOPHER LEGG, an individual, on behalf of himself and all others similarly situated,<br><br>*Plaintiff(s)*<br>v.<br>AMERICAN EAGLE OUTFITTERS, INC., a Delaware Corporation,<br><br>*Defendant(s)* | Civil Action No. **14-CV-61058-Scola/Valle** |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
    AMERICAN EAGLE OUTFITTERS, INC.
    c/o Registered Agent
    Corporation Service Company
    2711 Centerville Road, Suite 400
    Wilmington, Delaware 19809

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Scott D. Owens, Esq.
    SCOTT D. OWENS, P.A.
    664 E. Hallandale Beach Blvd.
    Hallandale Beach, Florida 33009
    Telephone: 954-589-0588
    scott@scottdowens.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date:  **May 5, 2014**

Steven M. Larimore
Clerk of Court

s/ Bonnie Bernard
Deputy Clerk
U.S. District Courts