UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:14-cv-61058-RNS

CHRISTOPHER LEGG, an individual, on
behalf of himself and all others similarly situated,

    Plaintiff,

v.

AMERICAN EAGLE OUTFITTERS, INC.,
a Delaware Corporation,

    Defendant.
_____/

## DECLARATION OF CHRISTOPHER LEGG

I, Christopher Legg, declare under penalty of perjury, as provided for by the laws of the United States, 28 U.S.C. § 1746, that the following statements are true:

1. I am over the age of 18, a member of both the Florida Bar and the Southern District of Florida in good standing, and the Plaintiff in the above-styled action; I have conferred with my counsel throughout the instant litigation and seek to be appointed as class representative for the reasons stated herein.

2. I have reviewed the Motion for Class Certification and can affirm that all facts stated therein are true and correct. I have reviewed all exhibits, declarations, and other evidence submitted contemporaneous with Plaintiff's Motion for Class Certification.

3. I understand that this lawsuit alleges that Defendant violated a federal law known as the Telephone Consumer Protection Act ("TCPA") by sending text messages beyond the scope of the prior express consent of the class members (i.e. messages sent after the revocation of consent).

4. Unless otherwise stated, I can affirm that all factual allegations contained in the Complaint filed with this Court are true and correct.

5. I understand that this lawsuit alleges violations on behalf of the two classes (hereinafter, "Classes") defined as:

> *All persons in the United States who unsubscribed to receive text messages from Defendant AEO and were subsequently sent text message advertisements from Defendant AEO (or any party on behalf of Defendant AEO) to their cellular telephone wherein said text messages were sent using an automatic telephone dialing system or device which has the capacity to store or produce telephone numbers to be called using a random or sequential number generator during the four year period prior to the filing of the complaint in this action through the date of certification.*

> ... as well as ...

> *All persons in the United States who, via text message, unsubscribed to receive text messages from Defendant AEO and were subsequently sent more than one text message advertisement within a 12-month period from Defendant AEO (or any party on behalf of Defendant AEO) to their cellular telephone during the four year period prior to the filing of the complaint in this action through the date of certification.*

6. I understand that the class of persons on whose behalf the lawsuit was filed extends back four years prior to the filing of the Complaint in this action.

7. I understand that a class action is a lawsuit brought by at least one person, myself, on behalf of a group of people who have been treated in the same illegal manner by the Defendant.

8. I am willing to be a representative of the class. I understand:

    a) That as a class representative I have the responsibility to see that the lawyers prosecute the case on behalf of both Classes, not just myself.

   b) That I may have to testify at a deposition and/or trial and provide documents and information for use in the case.

   c) That the case cannot be dropped or settled without protecting the members of both Classes. This normally means that the other members of the Classes have to get a fair monetary settlement of their claims.

   d) That the Court has to approve any settlement or disposition on behalf of the Classes.

  9. I have arranged for my attorneys to advance all costs of this action, including the cost of notification of the class.

  10. I understand that courts have sometimes awarded people money for serving as the class representative, but that I am not entitled to such money as a matter of right, and that I have not been promised or guaranteed money for being the class representative.

  11. I am not employed by or related to any of the attorneys in this matter or any of their staff members, or employees. I understand that they will be paid as directed by the Court, if the case is successful, out of Defendant's assets or the funds recovered for the class.

  12. Prior to filing the lawsuit I reviewed the draft complaint.

  13. I have periodically reviewed the docket to keep track of the litigation.

  14. I will assist my counsel counsel in responding to any discovery requests directed to me as the plaintiff and class representative.

  15. My interests are not adverse to the two Classes - rather they are aligned with them.

  16. I will vigorously pursue my claims and the claims of the proposed Classes.

17.     I believe I am a suitable Class representative. I am aware of my obligations to the proposed Classes. I understand that I am not only representing myself in this action, but also all other members of the proposed Classes who have been injured by the alleged actions of the Defendant. I further understand that I have a continuing duty to cooperate with my counsel and to represent the Classes as a whole.

Executed at Hollywood, Florida, May 5, 2014.

                                                   **Christopher Legg**