UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:14-cv-61058-RNS

CHRISTOPHER LEGG, an individual, on
behalf of himself and all others similarly situated,

    Plaintiff,

v.

AMERICAN EAGLE OUTFITTERS, INC.,
a Delaware Corporation,

    Defendant.
_____/

## DECLARATION OF SCOTT D. OWENS

I, Scott D. Owens, declare under penalty of perjury, as provided for by the laws of the United States, 28 U.S.C. § 1746, that the following statements are true:

1. I am a sole practitioner and operate under the name Scott D. Owens, P.A.; I represent Plaintiff CHRISTOPHER LEGG in this matter; I have investigated all claims and fine them to be meritiorious, conferred with my client throughout this matter (and will continue to do so), and my client seeks for my appointment as class counsel for the reasons stated herein.

2. I am a member in good standing of the bars of the following courts:

    State of Florida
    Tallahassee, Florida
    October 2, 2002

    United States District Court for the Southern District of Florida
    Miami, Florida
    October 10, 2008

    United States District Court for the Middle District of Florida
    Tampa, Florida
    June 23, 2009

Eleventh Circuit Court of Appeals
Atlanta, Georgia
April 30, 2012

United States District Court for the Eastern District of Michigan
Detroit, Michigan
December 9, 2013

3. I am a 2000 graduate of the New England School of Law. After a short time working in a debt collection law firm, I began to represent persons in consumer rights litigation, both in State and Federal Court; currently, 100% percent of my workload consists of consumer protection litigation. Since 2007, I have been an active member of the National Association of Consumer Advocates (NACA).

4. My federal litigation practice was featured in the *Daily Business Review* on June 15, 2009 in an article entitled "Federal Law Used Against Abusive Debt Collectors."

5. At the specific request of Judge Myriam Lehr of Miami-Dade County, I was asked to conduct a Continue Legal Education (CLE) seminar on the basics of FDCPA litigation entitled "How to Defend Against Abusive Debt Collectors"; the event was sponsored by the Miami-Dade Consumer Advocate and held on October 30, 2009.

6. I was featured on WSVN News (Channel 7) on November 22, 2010 for my pro-consumer work in the area of the Fair Debt Collection Practices Act.

7. I was a Guest Lecturer at the National Consumer Law Center's "Fair Debt Collection Training Conference" held in Jacksonville, Florida on March 5-6, 2010.

8. I was Featured Guest Speaker at the request of the Miami-Dade Consumer Services Department during *National Consumer Protection Week* on March 11, 2011.

9. I instructed a CLE seminar for Legal Services of Greater Miami, Inc., dealing with consumer protection (May 2011).

10. I conducted a CLE on the topic of consumer protection at Florida International University (June 2012).

11. I was invited by the Consumer Protection Law Committee to be a guest speaker at the Florida Bar's Annual Convention to be held in Orlando, Florida (June 25-28, 2014). My areas of discussion include the Telephone Consumer Protection Act.

12. I regularly attend legal seminars hosted by the National Consumer Law Center (NCLC), including the following:

*National Consumer Law Center, 17th Annual Consumer Rights Litigation Conference (2008)*

*National Consumer Law Center, Fair Debt Collection Training Conference (2009)*

*National Association of Consumer Advocates, Fair Credit Reporting Act Conference (2009)*

*National Consumer Law Center, 18th Annual Consumer Rights Litigation Conference (2009)*

*National Consumer Law Center, Fair Debt Collection Training Conference (2010)*

*National Consumer Law Center, 19th Annual Consumer Rights Litigation Conference (2010)*

*National Consumer Law Center, 20th Annual Consumer Rights Litigation Conference (2011)*

*National Consumer Law Center, 21st Annual Consumer Rights Litigation Conference (2012)*

*National Consumer Law Center 22nd Annual Consumer Rights Litigation Conference (2013)*

*National Consumer Law Center, Fair Debt Collection Training Conference (2014)*

13. Of the aforesaid legal seminars, I have attended at least four intensives (i.e., full day seminars) which have dealt exclusively with class action litigation; I am familiar with the ethical and professional guidelines governing class action litigation.

14. I am generally regarded by my peers as one of the leading authorities in the State of Florida with respect to both the Fair Debt Collection Practices Act and the Telephone Consumer Protection Act. To the best of my knowledge, only one other attorney based in the State of Florida has litigated more class actions concerning violations of the TCPA.

15. My law practice was featured on the cover of the Sun-Sentinel on September 11, 2011 in an article entitled *Ticked off at debt collectors calling their cellphones, Floridians are fighting back*. The article dealt specifically the Telephone Consumer Protection Act.

16. Among my many published decisions concerning the TCPA are the following citations:

Buslepp v. Improv Miami, Inc., Slip Copy, 2012 WL 1560408 (S.D. Fla. May 04, 2012)

Breslow v. Wells Fargo Bank, N.A., --- F.Supp.2d ----, 2012 WL 1448444 (S.D. Fla. April 26, 2012)

Lusskin v. Seminole Comedy, Inc., Slip Copy, 2013 WL 3147339, 58 Communications Reg. (P&F) 752 (S.D. Fla. June 19, 2013)

Pimental v. Google, Inc., No. 11–2585, 2012 WL 691784 (N.D. Cal. Mar. 2, 2012)[1]

Legg v. Voice Media Group, Inc., --- F.Supp.2d ----, 2014 WL 29594 (S.D. Fla. January 03, 2014)

16. I was appointed as class counsel in the matter of McMullen v. Jennings & Valancy, P.A., Case No. 10-CV-60050. In certifying me for class counsel, Judge Adalberto Jordan stated, "I find that Mr. Owens can fairly and adequately represent the interests of the class…" and "Mr. Owens has the requisite mastery in these type of claims." I also served as

---

[1] *Pimental v. Google, Inc.* resulted in a $6 million dollar class action settlement.

class counsel in the case of Lithgow v. Eisinger, Brown, Lewis, Frankel, Chaiet & Krut, P.A. Case No. 0-10-cv-61185-WJZ [See Order dated Dec. 9, 2010]. In March 2012, I was appointed class counsel in Lee v. Greenspoon Marder, Case No. 10-cv-61184-Lenard/O'Sullivan and I also served as class counsel in Bummolo v. The Law Offices of Charles W. McKinnon, P.L., No. 2:11-cv-14408-KMM and I am currently class counsel in Collins v. Erin Capital Management, LLC, No. 1:12−cv−22839−CMA and Rigney v. Livingston Financial, LLC, No. 6:12-cv-00617-RBD-TBS.

17. Of particular note, I was appointed local liaison counsel in the multidistrict litigation pending in the Middle District of Florida known as In Re Enhanced Recovery Company, LLC Telephone Consumer Protection Act Litigation, Case No. 6:13−md−02398−RBD−GJK. I was also appointed joint interim lead counsel in the Southern District of Florida TCPA class action lawsuit: Soto v. Gallup, Inc., Case No. 0:13-cv-61747-RSR wherein Judge Robin S. Rosenbaum stated that "Scott D. Owens has vast experience in the area of consumer-protection litigation and has litigated a multitude of TCPA cases…"

18. I represented the Appellee in the matter of Wells Fargo Bank, N.A. v. Breslow, No. 12-14564-D (oral argument held on July 17, 2013). It is one of only a handful of TCPA cases ever argued before the Eleventh Circuit. The matter is still pending.

19. With respect to the matter at bar, I have investigated all potential claims in this matter; my investigation including numerous consultations with my client.

20. My law firm will commit all resources, financial, professional and otherwise in order to oversee the adequate administration of the instant class action litigation as well as to protect the best interests of the putative classes.

Executed at Hallandale Beach, Florida, on May 5, 2014.

*s/ Scott D. Owens*
Scott D. Owens
**SCOTT D. OWENS, ESQ.**
Florida Bar No.: 0597651
664 E. Hallandale Beach Blvd.
Hallandale Beach, FL 33009
Telephone:  954-589-0588
Facsimile:  954-337-0666
scott@scottdowens.com
