United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Christopher Legg, Plaintiff | ) |
| | ) |
| v. | ) Civil Action No. 14-61058-Civ-Scola |
| | ) |
| American Eagle Outfitters, Inc., | ) |
| Defendant | ) |

## Order

    Plaintiff Christopher Legg filed this Telephone Consumer Protection Act case on May 3, 2014. Two days after filing suit, Legg filed a Motion for Class Certification to prevent mootness if Defendant American Eagle Outfitters, Inc. offers Legg full relief, in light of the suggestion offered in *Damasco v. Clearwire Corp.*, 662 F.3d 891, 896 (7th Cir. 2011) (noting the pendency of a motion to certify a class protects a putative class from attempts to buy off the named plaintiffs, and recommending named plaintiffs file such motions at the same time their complaints are filed). (ECF No. 5.) American Eagle Outfitters, Inc. has only just appeared in this action and has not yet responded to the Complaint. It is thus too early to respond to the motion. Accordingly, it is **ordered** that the Motion for Class Certification (ECF No. 5) is **administratively terminated**, but deemed filed on May 5, 2014. Legg may request that the Motion for Class Certification be returned to the Court's pending list of motions at the appropriate time, and after entry of a scheduling order.

    **Done and ordered** in chambers, at Miami, Florida, on June 9, 2014.

_____
Robert N. Scola, Jr.
United States District Judge