UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

| | |
|---|---|
| CHRISTOPHER LEGG, <br> *on behalf of himself and all others* <br> *similarly situated,* <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN EAGLE OUTFITTERS, <br> INC., a Delaware Corporation, and EXPERIAN <br> MARKETING SOLUTIONS, INC. <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 0:14-cv-61058-Bloom/Valle <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## [PROPOSED] ORDER GRANTING DEFENDANT AMERICAN EAGLE OUTFITTERS, INC.'S MOTION TO TRANSFER PURSUANT TO THE FIRST-TO-FILE RULE

THIS MATTER, having come before the Court on defendant American Eagle Outfitters,

Inc.'s request that the Court issue an Order transferring Christopher Legg's First-Amended

Complaint currently pending before this Court for consolidation with the matter filed by

plaintiffs Christina Melito and Ryan Metzger, styled *Christina Melito, et al. v. American Eagle*

*Outfitters, Inc., et al.*, Case No. 1:14-CV-2440-VEC, pending before the Southern District of

New York.

IT IS ORDERED AND ADJUDGED that defendant's Motion to Transfer Pursuant to the

First-to-File Rule is hereby GRANTED.  The Clerk is directed to TRANSFER Christopher

Legg's action to the Southern District Court for the District of New York and to CLOSE the

case.


Date: _____          _____

Honorable Beth Bloom
United States District Judge

1097315/21649517v.1